**SEALED**

AO 91 (Rev. 08/09)  Criminal Complaint

FILED BY _____ DB _____ D.C.

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

MAR 1 1 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 15-6094-Hunt |
| | ) | |
| | ) | |
| DELVIS DEMAINE ROGERS, | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 29, 2014 _____ in the county of _____ Broward _____ in the

_____ Southern _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 1029(a) and 1028A. | Possession of Fifteen or More Unauthorized Access Devices and Aggravated Identify Theft. |

This criminal complaint is based on these facts:

PLEASE SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brian Yaden Luna, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 03/11/2015 _____

_____
*Judge's signature*

City and state: _____ Fort Lauderdale, Florida _____

Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Brian Yaden Luna, being duly sworn, hereby declare and state the following:

1.     I am a Special Agent (SA) with the United States Internal Revenue Service Criminal Investigation (IRS-CI) and have been so employed since 1997.  I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center as well as the Special Agent Basic Training Academy.

2.     As part of my official duties, I have the responsibility to investigate possible violations of the Internal Revenue Laws (Title 26, United States Code), the Bank Secrecy Act (Title 31, United States Code), and Money Laundering Statutes (Title 18, United States Code). Since becoming an IRS-CI Special Agent, I have personally investigated and/or assisted in numerous investigations relating to violations of the Internal Revenue Laws, including fraudulent filing of tax returns, false claims against the United States government, conspiracy, theft of government funds and investigations involving identity theft.  The facts set forth below are based upon my personal observations as well as information and documents provided to me in my official capacity by other law enforcement personnel. This affidavit is provided for the limited purpose of showing probable cause for arrest. Therefore, I have not provided details of every aspect of the investigation.

3.     As a result of an on-going effort to identify and prevent the fraudulent filing of federal income tax returns, the IRS-CI Scheme Development Center ("SDC") investigates suspected fraudulent activity related to the filing of federal income tax returns.

4.     As part of that investigation, IRS-CI investigators noticed unusual filing activity from the defendant Delvis ROGERS' residential address, identified as 2215 Madison Street, Apt. #4, Hollywood, FL 33020 ("2215 Madison Street"). Specifically, your Affiant found that from

January 25, 2014, to April 20, 2014, a total of 419 suspicious tax returns were filed from 2215 Madison Street, claiming federal tax refunds totaling $754,470.

5.      On October 28, 2014, based on information law enforcement learned during the course of this investigation, agents applied for and received a federal search warrant for ROGERS' residence located 2215 Madison Street, Apt. #4, Hollywood Fl 33020.

6.      On October 29, 2014, agents from IRS-CI and the United States Secret Service ("USSS") executed a search warrant at 2215 Madison Street, Apt. #4, Hollywood, FL 33020, in search of evidence related to identity theft and the filing of false tax returns. As a result, agents discovered and seized papers, notes, and documents that contained thousands of PII (names, dates of birth, and social security numbers) from ROGERS' residence.

7.      Among the items seized were papers containing hundreds of individuals' names and PII in a desk in ROGERS' living room. Included in the information recovered from the desk was PII that belonged to an individual with the initials "S.D." As part of this on-going investigation, agents interviewed "S.D." and learned that a false federal income tax return was filed in "S.D.'s" name on February 1, 2014, claiming a refund of $1,872. That fraudulent return was traced to ROGERS' residence.

8.      Also located in the desk in ROGERS' living room were numerous printed 2013 tax returns. For example, a tax return filed in the name of a person with the initials "J.G." for the year 2013 was found among other items in the desk. A matching federal income tax return was filed with the Internal Revenue Service in "J.G.'s" name on February 15, 2014, claiming a refund of $1,524. That fraudulent return was traced to ROGERS' residence.

9.      Also located in the living room, in the top drawer of a filing cabinet, were more than a dozen Broward County School District student records, some dating back to the late

2

1990's and others into the late 2000's. Those records contained the names, dates of birth and social security numbers of former Broward County School District students. For example, one such Broward County School District Record contained PII that belongs to an individual with the initials "A.D." including "A.D.'s" date of birth and social security number. A 2013 federal tax return matching "A.D.'s" name and social security number was electronically filed from ROGERS' residence on January 29, 2014, claiming a refund of $1,860.

10.    Investigating agents also found and seized handwritten and typed lists that included numerous individuals' names, dates of birth and social security numbers in the top drawer of the nightstand in ROGERS' bedroom. For example, one page of handwritten notes contained information about an individual with the initials "S.N." including "S.N.'s" date of birth and social security number. A 2013 federal tax return matching this name and social security number was in fact electronically filed from ROGERS' residence on February 3, 2014, claiming a refund of $1,463.

11.    Agents interviewed ROGERS during the execution of the search warrant on October 29, 2014, after he voluntarily agreed to go to the Hollywood Police Department. After being advised of his *Miranda* rights, ROGERS admitted that he prepared and filed hundreds of fraudulent tax returns and electronically submitted them from his apartment. ROGERS admitted the tax returns were false and were filed without the permission of the people in whose names they were filed. ROGERS explained that he was currently employed as the band director at Grace Academy in Opa Locka, Florida, a private kindergarten through 12th grade school. He previously was the assistant band director at Plantation High School. When asked why he filed false tax returns in peoples' names without their permission, ROGERS explained "I veered off the path a couple of times . . . getting caught up in materialistic stuff . . . I don't know if it was

. . . trying to gain sustainability . . . this is something . . . at the end of the day, I don't feel is right and I don't want to make a career path out of it." The entire interview was recorded on video.

12.     Based upon the information provided above, your Affiant respectfully submits there is probable cause to believe that the defendant possessed fifteen or more unauthorized access devices, that is, social security numbers issued to other persons, in violation of Title 18, United States Code, Section 1029(a)(3), and has committed aggravated identity theft, in violation of Title 18, United States Code, Section 1028A.

FURTHER YOUR AFFIANT SAYETH NOT.

BRIAN YADEN LUNA, SPECIAL AGENT
INTERNAL REVENUE SERVICE

Subscribed and sworn to before me
this 11th day of March, 2015

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. _____

UNITED STATES OF AMERICA

vs.

DELVIS DEMAINE ROGERS,                    **SEALED**

**Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
BROOKE T. WATSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A5501844
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9070
FAX (305) 530-7976
brooke.watson@usdoj.gov