Filed by TB D.C.
Apr 10, 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **15-60076-CR-COHN/SELTZER**

18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

DELVIS DEMAINE ROGERS,

      Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about January 25, 2014, through on or about April 20, 2014, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DELVIS DEMAINE ROGERS,**

did knowingly and with intent to defraud, use one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

### COUNT 2

On or about October 29, 2014, in Broward County, in the Southern District of Florida, the defendant,

**DELVIS DEMAINE ROGERS,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

### COUNTS 3-6

On or about the date specified below as to each count, in Broward County, in the Southern District of Florida, the defendant,

**DELVIS DEMAINE ROGERS,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly and with intent to defraud, using one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as specified in each count below:

| Count | Date | Means of Identification |
|---|---|---|
| 3 | January 30, 2014 | Name and Social Security number of "A.B." |
| 4 | January 30, 2014 | Name and Social Security number of "B.H." |
| 5 | February 1, 2014 | Name and Social Security number of "S.D." |
| 6 | February 4, 2014 | Name and Social Security number of "M.B." |

In violation of Title 18, United States Code, Section 1028A(a)(1).

2

## FORFEITURE ALLEGATIONS

1. The allegations in Counts 1 and 2 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which defendant has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, the defendant shall forfeit to the United States any property constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as the result of such violation and any personal property that the defendant used or intended to be used to commit the offense, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 1029(c)(1)(C), and 1029(c)(2), and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BROOKE C. WATSON
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

DELVIS DEMAINE ROGERS,

Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

- X  Miami        ___ Key West
- ___ FTL         ___ WPB          ___ FTP

New Defendant(s)          Yes ___  No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take **4-5** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       X
   - II   6 to 10 days      ___
   - III  11 to 20 days     ___
   - IV   21 to 60 days     ___
   - V    61 days and over  ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.  ___
   - Felony   X

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes:
   Magistrate Case No. **15-6094-MJ-HUNT**
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes  X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes  X No

BROOKE C. WATSON
ASSISTANT UNITED STATES ATTORNEY
Court No. A550144

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** DELVIS DEMAINE ROGERS

**Case No:** _____

Count #: 1

Use of One or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty: 10 Years' Imprisonment**

Count #: 2

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty: 10 Years' Imprisonment**

Counts #: 3-6

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty: 2 Years Imprisonment Consecutive to any other Sentence**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.